# Exhibit A

**Stipulated Order Vacating Convictions and Sentences, Dismiss Charges and Ordering Defendant Released from the Michigan Department of Corrections**

STATE OF MICHIGAN
IN THE CIRCUIT COURT OF THE COUNTY OF WAYNE

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff,        No. 12-010941
                                    Honorable Thomas M. J. Hathaway

        v.

ALEXANDRE I. ANSARI,

        Defendant.
        _____/

| | |
|---|---|
| VALERIE R. NEWMAN (P47291) | BENTON C. MARTIN |
| Director, Conviction Integrity Unit | Asst. Federal Defender |
| CAROLE M. STANYAR (P34830) | COLLEEN P. FITZHARRIS |
| Wayne County Prosecutor's Office | Asst. Federal Defender |
| 1441 St. Antoine | 613 Abbott St., 5th Floor |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 967-2684 | (313) 967-5842 |

## STIPULATED ORDER VACATING CONVICTIONS AND SENTENCES, DISMISSING CHARGES, AND ORDERING DEFENDANT RELEASED FROM THE MICHIGAN DEPARTMENT OF CORRECTIONS

At a session of said Court, held in
The City of Detroit, County of Wayne,
State of Michigan

on March 15, 2019

PRESENT: **HON. THOMAS M.J. HATHAWAY**
                Hon. Thomas M.J. Hathaway

This matter having been presented in open court through the stipulation of the parties, and the parties have agreed that newly discovered evidence, as well as the Wayne County Prosecutor's own investigation, warrants relief, and the Court being otherwise fully advised in the premises of said stipulation;

IT IS HEREBY ORDERED that in the interests of justice, Alexandre Ansari's convictions and sentences in this matter are hereby vacated, and all related charges are hereby dismissed. Mr. Ansari shall be released from the Michigan Department of Corrections forthwith.

Dated: 3|15|2019

_____
Honorable Thomas M. J. Hathaway

We hereby stipulate to the entry of the above Order:

/s/ Valerie R. Newman
VALERIE R. NEWMAN

/s/ Carole M. Stanyar
CAROLE M. STANYAR

/s/ Benton C. Martin
BENTON C. MARTIN

/s/ Colleen P. Fitzharris
COLLEEN P. FITZHARRIS

Dated:

A TRUE COPY
CATHY M. GARRETT
WAYNE COUNTY CLERK
BY _____ DEPUTY CLERK