# Exhibit B

## Third Circuit Register of Actions

Skip to Main Content Logout My Account Search Menu New Case Search Refine Search Back   Location : Criminal Cases   Images   Web Access Instruction Manual

# REGISTER OF ACTIONS
## CASE NO. 12-010941-01-FC

| | PARTY INFORMATION | |
|---|---|---|
| | | **Attorneys** |
| **Appellate Attorney** | Simon, Jonathan B. D. | |
| **Defendant** | Ansari, Alexandre Isaiah | Gerald J. Karafa<br>*Court Appointed*<br>(906) 863-2002(W)<br><br>Attorney Unreported<br>*Retained* |
| **Plaintiff** | State of Michigan | Erika A. Tusar<br>(313) 224-8801(W) |

### CHARGE INFORMATION

| Charges: Ansari, Alexandre Isaiah | Statute | Level | Date |
|---|---|---|---|
| 1. Homicide - Murder First Degree - Premeditated | 750316-A | . | 09/22/2012 |
| 2. Assault With Intent to Murder | 75083 | . | 09/22/2012 |
| 3. Assault With Intent to Murder | 75083 | . | 09/22/2012 |
| 4. Weapons Felony Firearm | 750227B-A | . | 09/22/2012 |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

10/18/2012 | **Plea** (Judicial Officer: Lockhart, Steve)
    1. Homicide - Murder First Degree - Premeditated
        Defendant Stand Mute: Plea of Not Guilty Entered by Court

10/18/2012 | **Plea** (Judicial Officer: Lockhart, Steve)
    2. Assault With Intent to Murder
        Defendant Stand Mute: Plea of Not Guilty Entered by Court

10/18/2012 | **Plea** (Judicial Officer: Lockhart, Steve)
    3. Assault With Intent to Murder
        Defendant Stand Mute: Plea of Not Guilty Entered by Court

10/18/2012 | **Plea** (Judicial Officer: Lockhart, Steve)
    4. Weapons Felony Firearm
        Defendant Stand Mute: Plea of Not Guilty Entered by Court

09/13/2013 | **Disposition** (Judicial Officer: Skutt, Richard M.)
    1. Homicide - Murder First Degree - Premeditated
        Found Guilty by Jury
    2. Assault With Intent to Murder
        Found Guilty by Jury
    3. Assault With Intent to Murder
        Found Guilty by Jury
    4. Weapons Felony Firearm
        Found Guilty by Jury

09/27/2013 | **Sentence** (Judicial Officer: Skutt, Richard M.)
    1. Homicide - Murder First Degree - Premeditated
        State Confinement:
            Agency: Michigan Department of Corrections
            Effective 09/27/2013
            Term: Life
            Comment: without parole

09/27/2013 | **Sentence** (Judicial Officer: Skutt, Richard M.)
    2. Assault With Intent to Murder
        State Confinement:
            Agency: Michigan Department of Corrections
            Effective 09/27/2013
            Term: 20 Yr to 50 Yr
    3. Assault With Intent to Murder
        State Confinement:
            Agency: Michigan Department of Corrections
            Effective 09/27/2013

https://cmspublic.3rdcc.org/CaseDetail.aspx?CaseID=2196076

|  |  |
|---|---|
|  | Term: 20 Yr to 50 Yr |
| 09/27/2013 | **Sentence** (Judicial Officer: Skutt, Richard M.)<br>4. Weapons Felony Firearm<br>    Fee Totals:<br>        - Standard FEL Fees        $1,402.00<br>        (SMCF, JCVF)<br>    Fee Totals $        $1,402.00<br>    Concurrent, Count 1,2 and 3, Comment: All counts are concurrent to each other and consecutive to count 4<br>    State Confinement:<br>        Agency: Michigan Department of Corrections<br>        Effective 09/27/2013<br>        Term: 2 Yr to 2 Yr<br>        Credit for Time Served: 346 Days |
| 03/12/2019 | **Amended Disposition** (Judicial Officer: Hathaway, Thomas M.J.) Reason: Other<br>1. Homicide - Murder First Degree - Premeditated<br>    Vacated<br>2. Assault With Intent to Murder<br>    Vacated<br>3. Assault With Intent to Murder<br>    Vacated<br>4. Weapons Felony Firearm<br>    Vacated |

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 10/13/2012 | **Recommendation for Warrant** |
| 10/15/2012 | **Warrant Signed** |
| 10/18/2012 | **Arraignment on Warrant** (9:00 AM) (Judicial Officer Lockhart, Steve)<br>  Parties Present<br>Result: Defendant Stands Mute; Plea Of Not Guilty Entered By Court |
| 10/18/2012 | **Interim Condition for Ansari, Alexandre Isaiah**<br>  - Remand |
| 10/25/2012 | **Preliminary Examination** (9:00 AM) (Judicial Officer McDuffee, Renee R.)<br>  Parties Present<br>Result: Held |
| 11/07/2012 | **Preliminary Examination** (9:00 AM) (Judicial Officer Hansen, Katherine L)<br>  Parties Present<br>Result: Adjourned at the Request of the Defense |
| 11/20/2012 | **Preliminary Examination** (9:00 AM) (Judicial Officer Bryant-Weeks, E. Lynise)<br>  Parties Present<br>Result: Held: Bound Over |
| 11/20/2012 | **Bound Over** |
| 11/27/2012 | **Scheduled AOI** |
| 11/27/2012 | **Arraignment On Information** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>Result: Held |
| 11/27/2012 | **Calendar Conference** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>Result: Held |
| 12/18/2012 | **Notice of Transcript Filed**<br>  Vol./Book 1 101 pages |
| 01/03/2013 | **Motion** |
| 01/10/2013 | **Final Conference** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>Result: Held |
| 01/11/2013 | **Order For Production Of Exam Transcript Signed and Filed**<br>  Vol./Book 1 24 pages |
| 02/11/2013 | **Pre-Trial** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>Result: Held |
| 03/20/2013 | **Pre-Trial** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>    03/13/2013 Reset by Court to 03/20/2013<br>Result: Held |
| 04/12/2013 | **Pre-Trial** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>Result: Held |
| 04/17/2013 | **Evidentiary Hearing** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>  Parties Present<br>Result: Held |
| 05/01/2013 | **Motion To Quash Information** |
| 05/01/2013 | **Denied - Order Signed and Filed** (Judicial Officer: Skutt, Richard M. ) |
| 05/06/2013 | **Jury Trial** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>Result: In Progress |
| 05/07/2013 | **Jury Trial in Progress** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>Result: In Progress |
| 05/08/2013 | **Jury Trial in Progress** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>Result: In Progress |
| 05/09/2013 | **Jury Trial in Progress** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>Result: In Progress |
| 05/09/2013 | **Transcript Filed** |
| 05/10/2013 | **Jury Trial in Progress** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>Result: In Progress |
| 05/13/2013 | **Jury Trial in Progress** (9:00 AM) (Judicial Officer Skutt, Richard M.)<br>  Parties Present |

| Date | Event |
|---|---|
| | Result: Held |
| 05/14/2013 | **Jury Trial in Progress** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: Held |
| 05/14/2013 | **Mistrial Declared** (Judicial Officer: Skutt, Richard M. ) |
| 05/17/2013 | **Pre-Trial** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: Held |
| 05/20/2013 | **Order For Production Of Trial Transcript** |
| 07/10/2013 | **Motion Hearing** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: Held |
| 07/10/2013 | **Motion to Reduce** (Judicial Officer: Skutt, Richard M. ) |
| 07/10/2013 | **Heard And Denied - Order Signed and Filed** (Judicial Officer: Skutt, Richard M. ) |
| 07/22/2013 | **Motion** |
| 07/25/2013 | **Transcript Filed** |
| 07/29/2013 | **Pre-Trial** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: Adjourned at the Request of the Prosecutor |
| 08/02/2013 | **Pre-Trial** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: Held |
| 08/02/2013 | **Motion in Limine** (Judicial Officer: Skutt, Richard M. ) |
| 08/02/2013 | **Heard And Denied - Order Signed and Filed** (Judicial Officer: Skutt, Richard M. ) |
| 09/04/2013 | **Jury Trial** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: In Progress |
| 09/05/2013 | **Jury Trial in Progress** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: In Progress |
| 09/06/2013 | **Jury Trial in Progress** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: In Progress |
| 09/09/2013 | **Jury Trial in Progress** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: In Progress |
| 09/10/2013 | **Jury Trial in Progress** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: In Progress |
| 09/11/2013 | **Jury Trial in Progress** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: In Progress |
| 09/13/2013 | **Jury Trial in Progress** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: Held |
| 09/13/2013 | **Found Guilty By Jury** |
| 09/13/2013 | **Refer to Probation For Pre-Sentence Report** |
| 09/27/2013 | **Sentencing** (9:00 AM) (Judicial Officer Skutt, Richard M.) |
| | Result: Held |
| 09/27/2013 | **Sentenced to Prison Order Signed and Filed** (Judicial Officer: Skutt, Richard M. ) |
| 10/03/2013 | **Order For Production Of Trial And Sentence Transcript** |
| | Vol./Book 11  720 pages |
| 10/03/2013 | **Stenographer Certificate Required** |
| 10/03/2013 | **Order For Production Of Trial Transcript** |
| 10/03/2013 | **Stenographer Certificate Required** |
| 10/03/2013 | **Appointment for Claim of Appeal (Circuit)** |
| 10/03/2013 | **Stenographers Certificate Filed** |
| 10/09/2013 | **Order For Production Of Transcript** |
| 10/09/2013 | **Stenographer Certificate Required** |
| 10/10/2013 | **Stenographers Certificate Filed** |
| 11/13/2013 | **Motion** |
| 11/13/2013 | **Stenographers Certificate Filed** |
| 12/11/2013 | **Notice of Transcript Filed** |
| | Vol./Book 2  266 pages |
| 12/11/2013 | **Notice of Transcript Filed** |
| | Vol./Book 1  126 pages |
| 12/11/2013 | **Order Signed and Filed** (Judicial Officer: Skutt, Richard M. ) |
| 01/06/2014 | **Notice of Transcript Filed** |
| | Vol./Book 7  84 pages |
| 01/06/2014 | **Notice of Transcript Filed** |
| | Vol./Book 9  454 pages |
| 01/14/2014 | **Stenographers Certificate Filed** |
| 01/23/2014 | **Notice of Transcript Filed** |
| | Vol./Book 1  186 pages |
| 01/30/2014 | **Notice of Transcript Filed** |
| | Vol./Book 1  154 pages |
| 02/03/2014 | **Notice of Transcript Filed** |
| | Vol./Book 1  126 pages |
| 02/12/2015 | **Appellate Court Decision; Affirms Lower Court** |
| 10/07/2015 | **Application For Leave To Appeal (Circuit)** |
| 03/12/2019 | **Review Date** (9:00 AM) (Judicial Officer Hathaway, Thomas M.J.) |
| | Result: Case Was Dismissed |
| 03/12/2019 | **Original Conviction Vacated** |
| 03/12/2019 | **Heard And Granted - Order Signed and Filed** (Judicial Officer: Hathaway, Thomas M.J. ) |

### FINANCIAL INFORMATION

| | | |
|---|---|---|
| | **Defendant** Ansari, Alexandre Isaiah | |
| | Total Financial Assessment | 1,602.00 |
| | Total Payments and Credits | 1,402.00 |
| | **Balance Due as of 09/28/2022** | **200.00** |
| 09/27/2013 | Transaction Assessment | 1,402.00 |

| Date | Transaction | Receipt | Name | Amount |
|---|---|---|---|---|
| 11/23/2013 | Transaction Assessment | | | 200.00 |
| 10/07/2014 | Mail Payment | Receipt # 2014-20736 | Ansari, Alexandre Isaiah | (115.00) |
| 04/20/2015 | Mail Payment | Receipt # 2015-34001 | Ansari, Alexandre Isaiah | (123.15) |
| 01/04/2016 | Mail Payment | Receipt # 2016-00440 | Ansari, Alexandre Isaiah | (102.18) |
| 03/23/2016 | Mail Payment | Receipt # 2016-24874 | Ansari, Alexandre Isaiah | (154.43) |
| 05/19/2016 | Mail Payment | Receipt # 2016-42136 | Ansari, Alexandre Isaiah | (119.06) |
| 07/18/2016 | Mail Payment | Receipt # 2016-58762 | Ansari, Alexandre Isaiah | (266.31) |
| 03/29/2017 | Mail Payment | Receipt # 2017-28301 | Ansari, Alexandre Isaiah | (109.56) |
| 08/30/2017 | Mail Payment | Receipt # 2017-77392 | Ansari, Alexandre Isaiah | (117.50) |
| 12/18/2017 | Mail Payment | Receipt # 2017-110569 | Ansari, Alexandre Isaiah | (107.44) |
| 03/06/2018 | Mail Payment | Receipt # 2018-16570 | Ansari, Alexandre Isaiah | (128.43) |
| 03/22/2018 | Mail Payment | Receipt # 2018-22822 | Ansari, Alexandre Isaiah | (58.94) |