# Exhibit D

**Stipulation and Order Dismissing Alexandre Ansari's Petition for Writ of Habeas Corpus**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDRE ISAIAH ANSARI,

    Petitioner,

v.

THOMAS WINN,

    Respondent.

Case No.: 16-cv-13179

HON. JUDITH E. LEVY

_____/

## STIPULATION AND ORDER DISMISSING ALEXANDRE ANSARI'S PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner Alexandre Isaiah Ansari, (MDOC Number: 604277) through his attorneys Benton C. Martin and Colleen P. Fitzharris, moves to dismiss his 28 U.S.C. § 2254 petition for a writ of habeas corpus without prejudice. In support of this motion, Mr. Ansari states the following:

1. At the time he filed his petition, Mr. Ansari was serving a sentence of life without the possibility of parole for first-degree murder that occurred on September 22, 2012. *People v. Ansari*, Wayne County Circuit Court No. 12-010941-01-FC. He maintained his innocence.

1

2. On September 1, 2016, Mr. Ansari filed a *pro se* habeas corpus petition under 28 U.S.C. § 2254, alleging that the trial court violated due process by admitting a suggestive identification, among other claims.

3. On March 15, 2019, Kym Worthy, the Wayne County Prosecutor, moved to vacate Mr. Ansari's judgment of conviction and sentence based on newly discovered evidence of actual innocence.

4. Wayne County Circuit Judge Thomas M.J. Hathaway granted the motion and entered an order vacating the conviction and sentence.

5. On March 15, 2019, Mr. Ansari was released from the custody of the Michigan Department of Corrections.

## CONCLUSION

Mr. Ansari's petition for a writ of habeas corpus is moot and should be dismissed. *Spencer v. Kemna*, 523 U.S. 1, 7–8 (1998) (explaining that a case and controversy must exist during all stages of proceedings in federal court).

March 18, 2019                                    Respectfully submitted,

| | |
|---|---|
| <u>John C. Pallas (with consent)</u> | s/Benton C. Martin |
| PallasJ@michigan.gov | Benton_Martin@fd.org |
| Assistant Attorney General | s/Colleen P. Fitzharris |
| Attorney for Respondent | Colleen_Fitzharris@fd.org |
| Criminal Appellate Division | Federal Community Defender |
| P.O. Box 30217 | Attorneys for Alexandre I. Ansari |
| Lansing, MI 48909 | 613 Abbott St., 5th Floor |
| (517) 373-4875 | Detroit, MI 48226 |
| | (313) 967-5542 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDRE ISAIAH ANSARI,

    Petitioner,

v.

THOMAS WINN,

    Respondent.

Case No.: 16-cv-13179

HON. JUDITH E. LEVY

**ORDER DISMISSING ALEXANDRE ANSARI'S PETITION FOR A WRIT OF HABEAS CORPUS**

Alexandre Ansari's conviction and sentence has been vacated based on newly discovered evidence of actual innocence, and the charges dismissed. He has been released from the custody of the Michigan Department of Corrections. The petition for a writ of habeas corpus is moot and dismissed.

IT IS SO ORDERED.

Dated: March 18, 2019

    s/Judith E. Levy
    JUDITH E. LEVY
    United States District Judge

4