# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

---

ALEXANDRE ANSARI, individually,

    Plaintiff,

V.

MOISES JIMENEZ, in his individual Capacity; CITY OF DETROIT, a Municipal corporation; jointly and severally,

    Defendants.

Index No:

20-10719

---

**VIDEOTAPED DEPOSITION OF MOISES JIMENEZ**

| | |
|---|---|
| DATE: | Thursday, September 2, 2021 |
| TIME: | 10:15 a.m. |
| REPORTED BY: | Lynn Ledoux-Moore, CER-9046 |
| JOB No.: | 7041 |
| HELD AT: | Mueller Law Firm |

```
 1   stationary a block up in a remote, vacant house.  He was
 2   moving through Livernois.
 3       Q    I understand.  Did you think it was
 4   coincidence that right before Tommy Figueroa (sic) was
 5   shot, that Jose Sandoval's in the immediate area?
 6       A    Jose Sandoval was always in that area.
 7       Q    Did you think it was a coincidence?
 8       A    No.
 9       Q    In other words, you, being an experienced
10   detective, would be looking at him as he's the one
11   involved in his murder, correct?
12       A    Correct.
13       Q    And given what you thought, either he might be
14   the shooter or he's got a hitman?
15       A    Correct.
16       Q    All right.  And, in fact, the second murder of
17   Tommy Edwards four days later, you got to know it's a
18   hit, right?
19       A    Correct.
20       Q    Which you, as an experienced detective, are
21   thinking Jose Sandoval put out the hit on both of them?
22       A    Correct.
23       Q    And if Alex Ansari gets arrested for the
24   murders as the shooter, then he would have to be the
25   hitman for Jose Sandoval?
```

Page 54

```
 1      A    Correct.
 2      Q    But you had no connection between Alex Ansari
 3  and Jose Sandoval, correct?
 4      A    Correct.
 5      Q    Did you explain all of this to Ms. Tusar, that
 6  our theory is that Ansari is the hitman for Sandoval,
 7  and Sandoval's a big drug player, and we think it's
 8  related to either the girlfriend or the theft?
 9      A    That is correct.
10      Q    You explained all that to Erika Tusar?
11      A    Yes.  All the knowledge I had about these
12  cases, Prosecutor Tusar knew about it because she was
13  privy to all of the cases.  There's three cases in one
14  binder.  Well, one plastic tote, that's probably the
15  best way to describe it.
16      Q    So, what you're telling us, and you're telling
17  our jury, is that the defense -- if the defense didn't
18  get information relating to Sandoval and the felonious
19  assault case, and Sandoval and these theories, the
20  connection between Sandoval and the two murders, it's
21  because Erika Tusar didn't turn it over, correct?
22      A    Because they were theories.  I had no physical
23  evidence that would put Sandoval -- I didn't have a -- a
24  witness.  I didn't have a statement.  I didn't have
25  video.  The trackers showed drive by.  No phone
```

Page 55

```
 1   connection in all his phones, not just a phone, in all
 2   his phones.  I had no physical evidence whatsoever to be
 3   placed in an investigator's report to include him in the
 4   arrest warrant.
 5        Q    Did you ever put in a document, in a memo, in
 6   a progress notes, or anything, your theory that this is
 7   what we think happened?
 8        A    I don't believe so, sir.
 9        Q    Because the context of Alex Ansari being
10   arrested for these two murders is that he must be the
11   hitman for Sandoval.
12        A    Correct.
13        Q    Right?  Because, otherwise, we sure know it
14   wasn't two random murders.
15        A    No.
16        Q    And we've got no connection between Ansari and
17   anybody in this case?
18        A    Correct.
19        Q    So, if you were the Defendant, Ansari,
20   wouldn't you want to know that the police are basically
21   thinking you're the hitman for some drug dealer?
22        A    That's correct.
23        Q    Because that way you can attack it, just like
24   I did, right?
25        A    Yes.
```

Page 56