UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDRE ANSARI,

          Plaintiff,

Case No. 2:20-cv-10719

HONORABLE STEPHEN J. MURPHY, III

v.

MOISES JIMENEZ,

          Defendant.
_____/

## VERDICT FORM

**We the Jury answer the questions as follows:**

1. Did Defendant, Moises Jimenez, violate Plaintiff, Alexandre Ansari's, Fourteenth Amendment right to due process?

      __X__ Yes                                             _____ No

    If your answer is "Yes," continue to Question 2 of this section.

    If your answer is "No," you may stop.

2. Did Plaintiff, Alexandre Ansari, suffer damages?

      __X__ Yes                                             _____ No

    If your answer is "Yes," continue to Question 3 of this section.

    If your answer is "No," you may stop.

3. What is the total amount of compensatory damages you will award to Plaintiff Alexandre Ansari as a result of Defendant Moises Jimenez's violation of his Fourteenth Amendment right to due process?

   Past Compensatory Damages:    $ 6,500,000

   Future Compensatory Damages:  $ 3,500,000

   If you awarded Plaintiff compensatory damages, skip Question 4 and continue to Question 5.

   If you did not award compensatory damages, continue to Question 4.

4. If you found that Plaintiff Alexandre Ansari's Fourteenth Amendment right due process was violated by Defendant Moises Jimenez, but he suffered no injury or harm and is not entitled to compensatory damages, you must award nominal damages in the amount of one dollar.

   Nominal Damages: $ —

   Continue to Question 5.

5. What is the amount of punitive damages, if any, that should be awarded against Defendant Moises Jimenez as a result of violating Plaintiff Alexandre Ansari's Fourteenth Amendment right to due process and a fair trial?

   Punitive Damages: $ ⌀

Please sign and date the Verdict Form and report to the Court Clerk that you have completed your deliberations.

s/Jury Foreperson

2/16/24
Date

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.