UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDRE ANSARI,

          Plaintiff,

Case No. 2:20-cv-10719

HONORABLE STEPHEN J. MURPHY, III

v.

MOISES JIMENEZ,

          Defendant.

                                        /

## JUDGMENT

This matter having been tried to a jury on February 16, 2024 in favor of Plaintiff Alexandre Ansari and against Defendant Moises Jimenez, in the amount of Ten Million Dollars ($10,000,000.00) in compensatory damages, ECF 162:

**WHEREFORE**, it is hereby **ORDERED** that Judgment will **ENTER** in favor of Plaintiff, Alexandre Ansari, as against Defendant, Moises Jimenez, **in the amount of Ten Million Dollars ($10,000,000.00).**

**IT IS FURTHER ORDERED** that post judgment interest from the date of entry of this judgment will be **COMPUTED** daily to the date of payment and will **ACCRUE** at the legal rate and will be **COMPOUNDED** annually pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED** that an award of reasonable attorney fees and

1

costs, pursuant to 28 U.S.C. § 1988, will be **DETERMINED** at a later date.

    **SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: April 2, 2024