UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDRE ANSARI,   Case No. 2:20-cv-10719
                    Hon. Stephen J. Murphy, III
    Plaintiff,

v

MOISES JIMENEZ,

    Defendant.

---

### NOTICE OF APPEAL

Notice is hereby given that Moises Jimenez, Defendant in the above-named case, appeals to the United States Court of Appeals for the Sixth Circuit from the *Judgment,* which is ECF No. 179, entered on April 2, 2024, *Opinion and Order Denying Motion for a New Trial [180] and Denying Renewed Motion for Judgment as a Matter of Law [181]*, which is ECF No. 189, entered on August 19, 2024 insofar as it denied Defendant's motion for a new trial, which was ECF No. 180, and denied Defendant's renewed motion for judgment as a matter of law, which was ECF 181, and from all adverse orders and rulings in this matter.

Respectfully submitted,

PLUNKETT COONEY

By: */s/Mary Massaron*
MARY MASSARON (P43885)
Attorney for Defendant-Appellant
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 901-4000

Dated: August 30, 2024  mmassaron@plunkettcooney.com

**CERTIFICATE OF SERVICE**

MARY MASSARON, attorney with the law firm of Plunkett Cooney, being first duly sworn, deposes and says that on the 30th day of August, 2024, she caused a copy of this document to be served upon all parties of record, that such service was made electronically upon each counsel of record so registered with the United States District Court for the Eastern District of Michigan, and via U.S. Mail to any counsel/party not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the U.S. Mail.

PLUNKETT COONEY

By: */s/Mary Massaron*
MARY MASSARON (P43885)
Attorney for Defendant-Appellant

Open.00396.40734.35091441-3

2